FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL Z.,[1]<br><br>                    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | No.    1:22-cv-3097-EFS<br><br>**ORDER GRANTING THE PARTIES'<br>STIPULATED MOTION FOR<br>REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g)** |

On March 17, 2023, the parties filed a Stipulated Motion for Remand. The

parties agree that the matter should be reversed and remanded to the

Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g)

for further administrative proceedings. The parties also agree that, upon proper

request to the Court, Plaintiff is entitled to reasonable attorney fees under the

Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1.      The parties' Stipulated Motion to Remand, **ECF No. 16**, is

        **GRANTED.**

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first

name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

2.     Judgment shall be entered for **Plaintiff**.

3.     This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to:

- reevaluate whether drug addiction and alcoholism are material to the determination of disability pursuant to Social Security Ruling 13-2p; and

- offer the claimant the opportunity for a new hearing, take further action to complete the administrative record resolving all issues, and issue a new decision.

4.     All pending motions are **DENIED AS MOOT.**

5.     All hearings and other deadlines are **STRICKEN.**

6.     If filed, the Court will consider Plaintiff's motion for attorney fees under the Equal Access to Justice Act.

7.     The Clerk's Office is directed to **CLOSE** this file.

IT IS SO ORDERED.  The Clerk's Office is directed to enter this order and provide copies to all counsel.

**DATED** this _20th day of March 2023.

_Edward F. Shea_
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2